IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 23-cv-01808-SBP

DARREN HENRY, also known as ASHLEIGH HENRY,

    Plaintiff,

v.

EL PASO COUNTY, COLORADO, SHERIFF'S OFFICE,
JOE ROYBAL,
MOTT,
GOODLOE,
TRICE,
YAKOVLEV,
WEBSTER,
PETHERICK, and
HASTINGS,

    Defendants.

---

ORDER GRANTING LEAVE TO PROCEED PURSUANT TO 28 U.S.C. § 1915

---

Plaintiff is an inmate at the El Paso County Criminal Justice Center in Colorado Springs, Colorado. Plaintiff has submitted an Amended Prisoner Complaint (ECF No. 11) and Prisoner's Motion and Affidavit for Leave to Proceed Pursuant to 28 U.S.C. § 1915 (ECF No. 4).

The Prisoner's Motion and Affidavit for Leave to Proceed Pursuant to 28 U.S.C. § 1915 will be granted. Based on the information about Plaintiff's financial status, the Court finds that Plaintiff is able to pay an initial partial filing fee of $19.40 pursuant to 28 U.S.C. § 1915(b)(1). Plaintiff has consented to disbursement of partial payments of the filing fee from her inmate account. (*See* ECF No. 4 at 4). Plaintiff is required to pay the full amount of the required $350.00 filing fee pursuant to § 1915(b)(1) regardless of the

outcome of this action. Accordingly, it is

ORDERED that the Prisoner's Motion and Affidavit for Leave to Proceed Pursuant to 28 U.S.C. § 1915 (ECF No. 4) is GRANTED. It is

FURTHER ORDERED that within thirty days of the date of this Order Plaintiff's custodian shall disburse from Plaintiff's prison account an initial partial filing fee of $19.40 to the Clerk of the United States District Court for the District of Colorado, which represents 20 percent of the greater of the (1) average monthly deposits, or (2) average monthly balance in Plaintiff's prison account for the six-month period immediately preceding the filing of the complaint. *See* 28 U.S.C. § 1915(b). It is

FURTHER ORDERED that after payment of the initial partial filing fee Plaintiff's custodian shall disburse from Plaintiff's prison account monthly payments of 20 percent of the preceding month's income credited to his prison account until Plaintiff has paid the total filing fee of $350.00. *See* 28 U.S.C. § 1915(b)(2). Interference by Plaintiff in the submission of these funds will result in the dismissal of this action. It is

FURTHER ORDERED that Plaintiff is advised that notwithstanding any filing fee, or any portion thereof, that may have been paid, the Court shall dismiss at any time all or any part of such complaint which (1) is frivolous or malicious; (2) fails to state a claim on which relief can be granted; or (3) seeks monetary relief from a defendant who is immune from such relief. *See* 28 U.S.C. § 1915A(b); 28 U.S.C. § 1915(e)(2). It is

FURTHER ORDERED that Plaintiff's custodian shall continue to disburse monthly payments from Plaintiff's prison account until full payment of the filing fee has been paid to the Court, even after disposition of the case and regardless of whether

relief is granted or denied. It is

FURTHER ORDERED that the Clerk of the Court shall send a copy a copy of this Order to the Business Office, Attn: Inmate Accounts, El Paso County Criminal Justice Center, Colorado Springs, Colorado.  It is

FURTHER ORDERED that the United States Marshals Service shall serve process on Defendants for whom personal service is required because the case has been drawn to a presiding judge under D.C.COLO.LCivR 8.1(c).

DATED October 10, 2023.

BY THE COURT:

Susan Prose
United States Magistrate Judge